# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOPEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF HEMET, a municipal entity, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No.: ED CV 17-127-DMG (SPx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [39]** |

GOOD CAUSE APPEARING, based on the parties' stipulation:

IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear their own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: March 13, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE